

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00491-CV

Bruce **BRAZELL**,
Appellant

v.

Martina **BRAZELL**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-16339
Honorable Laura Salinas, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that appellee recover her costs of this appeal from appellant.

SIGNED May 7, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice